# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **DOUGLAS CRAIG MACKENZIE** | **DOCKET NUMBER:** |

I, acting legal officer Matthew McNease, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   In Yosemite National Park, in the Eastern District of California, Douglas Craig MACKENZIE did:

**Count 1:** Fail to obey a traffic control device (driving in a special use lane), in violation of 36 Code of Federal Regulations § 4.12
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Fail to use a safety belt, in violation of 36 Code of Federal Regulations § 4.15
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the acting legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On August, 11 2013, at approximately 1840 hours, in Yosemite National Park, Ranger David Pope observed a gold Nissan Truck utilizing the special use lane on North Side drive in the area of River Straight to pass cars that were waiting in traffic. Ranger Pope observed the male driver was not wearing a seatbelt. Ranger Pope and Ranger Wolf performed a vehicle stop.

The driver identified himself as Douglas Craig MACKENZIE by his California Driver's license.

Speedy Trial Act Applies: **No**                                    U.S. v. Douglas Craig Mackenzie
                                                                                                  Criminal Complaint

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

__8/29/13__
Date

__Matt McNease__ (signature)
Matthew McNease
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

__8/29/13__
Date

_____
Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

Speedy Trial Act Applies: **No**

U.S. v. Douglas Craig Mackenzie
Criminal Complaint